UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ISAACS *et al.*<br><br>v.<br><br>TOTAL AGGREGATE, LLC *et al.* | **Case No. 5:21-cv-00945-J**<br>FLSA Collective Action<br><br>Judge Bernard M. Jones |

- and -

| | |
|---|---|
| JEFF McMAHAN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TOTAL TRUCKING, INC. | **Case No. 5:22-cv-00243-J**<br>FLSA Collective Action<br><br>Judge Bernard M. Jones |

## JOINT NOTICE OF SETTLEMENT

The parties have reached a settlement in these matters, which they are in the process of finalizing. They therefore request the Court set a deadline of 30 days for the parties to finalize the settlement and submit closing papers to the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew S. Parmet*<br>By: _____<br>**Matthew S. Parmet**<br>TX Bar # 24069719<br>**Sammy O. Homsi**<br>TX Bar # 24132245<br>**PARMET PC**<br>2 Greenway, Ste. Ste. 250<br>Houston, TX 77046<br>phone 713 999 5228<br>matt@parmet.law<br>sammy@parmet.law<br><br>**Attorneys for Plaintiffs** | */s/ Marcus Mears*<br>By: _____<br>**Marcus Mears**<br>OBA #16430<br>**CUNNINGHAM & MEARS, P.C.**<br>5104 N. Francis, Suite 102<br>Oklahoma City, OK 73118<br>Tel. (405) 232-1212<br>Fax. (405) 232-1675<br>marcus@cminjurylaw.com<br><br>**Attorneys for Defendants** |